# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUNE GOLUB, | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:01 CV 2289 (AWT) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| PHILLIP G. DREBEK & SARATRAN, INC., | : | |
| | : | |
| Defendants. | : | JULY 29, 2004 |

## DEFENDANTS' CERTIFICATION OF SERVICE REGARDING SUPPLEMENTAL EX PARTE SETTLEMENT CONFERENCE MEMORANDUM

The defendants, Phillip G. Drebek and Saratran, Inc., hereby certify that on the 29th day of July, 2004, copies of the Defendants' Supplemental Ex Parte Settlement Conference Memorandum were sent via facsimile and originals of the Defendants' Ex Parte Settlement Conference Memorandum were mailed via United States mail, first class, postage prepaid, to:

Special Master Stephen P. Del Sole, Esquire
Del Sole & Del Sole
46 South Whittlesey Avenue
P.O. Box 310
Wallingford, CT  06492

Special Master William P. Yelenak, Esquire
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Suite 207

- 2 -

Chesire, CT  06410

                    **THE DEFENDANTS**
                    **PHILLIP G. DREBEK AND SARATRAN, INC.**

By_____
        Mark B. Seiger
        Janet M. Helmke
        Edwards & Angell, LLP
        Fed. Bar No. ct 09851
        90 State House Square, 9th Floor
        Hartford, Connecticut 06103
        (860) 525-5065 (tel.)
        (860) 527-4198 (fax)

## CERTIFICATION OF SERVICE

This is to certify that on the 29th day of July, 2004, a copy of the foregoing was sent, via first class mail, postage prepaid, to:

The Plaintiff
c/o Thomas Cassone, Esquire
Bello, Lapine & Cassone
600 Summer Street
Stamford, CT  06901
(203) 348-4244


_____
        Janet M. Helmke