UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUNE GOLUB, | : | CIVIL ACTION NO.: |
| | : | |
| Plaintiff, | : | 3:01 CV 2289 (AWT) |
| | : | |
| v. | : | |
| | : | |
| PHILLIP G. DREBEK AND SARATRAN, INC., | : | |
| | : | |
| Defendants | : | OCTOBER 8, 2004 |

## JOINT MOTION FOR STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned parties in the above-entitled action hereby stipulate and agree that the above-captioned action brought by plaintiff June Golub against defendants Phillip G. Drebick (improperly named in the complaint as Phillip G. Drebek) and Saratran, Inc. may be dismissed with prejudice. The undersigned parties respectfully request that the Court so order this Stipulation of Dismissal.

| | |
|---|---|
| THE PLAINTIFF<br>JUNE GOLUB | THE DEFENDANTS<br>PHILLIP G. DREBEK AND SARATRAN, INC. |
| BY_____<br>Thomas Cassone of<br>BELLO, LAPINE & CASSONE LLP<br>Fed. Bar No. ct 06827<br>600 Summer Street<br>Stamford, CT  06901<br>(203) 348-4244<br>Her Attorneys | BY_____<br>Janet M. Helmke of<br>EDWARDS & ANGELL, LLP<br>Fed. Bar No. ct 09851<br>90 State House Square<br>Hartford, CT  06103<br>(860) 525-5065<br>Their Attorneys |

**CERTIFICATION OF SERVICE**

     This is to certify that on the _____ day of September, 2004 a copy of the foregoing Joint Motion for Stipulation of Dismissal has been mailed first class, postage prepaid, to:

The Plaintiff
c/o Thomas Cassone, Esquire
Bello, Lapine & Cassone, LLP
600 Summer Street
Stamford, CT  06901
(203) 348-4244

_____
Janet M. Helmke