FILED
2004 OCT -8 A 11: 43
U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JUNE GOLUB, | CIVIL ACTION NO.: |
| Plaintiff, | 3:01 CV 2289 (AWT) |
| v. | |
| PHILLIP G. DREBEK AND SARATRAN, INC., | |
| Defendants | OCTOBER 8, 2004 |

### JOINT MOTION FOR STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned parties in the above-entitled action hereby stipulate and agree that the above-captioned action brought by plaintiff June Golub against defendants Phillip G. Drebick (improperly named in the complaint as Phillip G. Drebek) and Saratran, Inc. may be dismissed with prejudice. The undersigned parties respectfully request that the Court so order this Stipulation of Dismissal.

FILED
2004 NOV 11 P 3:14
U.S. DISTRICT COURT
HARTFORD, CT.

01CV2289END31

GRANTED. This case is hereby dismissed with prejudice. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/11/04